**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Texas Farm Bureau Underwriters and Texas Farm Bureau Insurance v. Douglas Rasmussen and Kathy Rasmussen

Appellate case number:    01-12-00992-CV

Trial court case number:    53818

Trial court:    239th District Court of Brazoria County

Date motion filed:    July 26, 2013

Party filing motion:    Appellees, Douglas Rasmussen and Kathy Rasmussen

    It is ordered that the motion for rehearing is **(X) DENIED (  ) GRANTED.**


Judge's signature: /s/ Jane Bland_____
                    Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale.


Date: August 15, 2013_____